1 AARON D. FORD
    Attorney General
2 ROST C. OLSEN, Bar No. 14410
    Deputy Attorney General
3 State of Nevada
  Public Safety Division
4 100 N. Carson Street
  Carson City, NV 89701-4717
5 Tel: (775) 684-1209
  E-mail: rolsen@ag.nv.gov

6
  *Attorneys for Defendants Richard C.*
7 *Adams, Mark Boyd, William Gittere,*
  *and Evelyn Rodriguez*

8

9                 **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF NEVADA**

11 JAQUAN BARNES,

12          Plaintiff,           Case No. 3:18-cv-00390-MMD-CLB

13 vs.
                                          **MOTION TO EXTEND DISPOSITIVE**
14 WILLIAM GETTIERR, et al.,       **MOTIONS DEADLINE (First Request)**

15          Defendant.

16

17       Defendants, Richard C. Adams, Mark Boyd, William Gittere, and Evelyn
18 Rodriguez, by and through counsel, Aaron D. Ford, Attorney General of the State of
19 Nevada, and Rost C. Olsen, Deputy Attorney General, move this Court for a 90-day
20 extension of the dispositive motions deadline.

21                 **MEMORANDUM OF POINTS AND AUTHORITIES**

22       Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as
23 follows:

24         When an act may or must be done within a specified time, the
         court may, for good cause, extend the time: (A) with or without
25         motion or notice if the court acts, or if a request is made, before
         the original time or its extension expires; or (B) on motion made
26         after the time has expired if the party failed to act because of
         excusable neglect.
27

28 ///

                                                          1

1  Here, Defendants respectfully request a 90-day extension to the dispositive motions
2  deadline contained in the scheduling order in this matter, currently set for May 6, 2020.
3  (ECF No. 21 at 3:24-26). The Court entered the scheduling order prior to staying this
4  matter for 90 days as to Defendant Adams pursuant to the American Service-Members
5  Protection Act. (ECF No. 27 at 2).

6  Defendants submit this extension will allow for the efficient adjudication of this
7  matter, and will preclude all parties from unnecessarily duplicating their efforts in
8  preparing multiple motions, oppositions, etc. Furthermore, such an extension will
9  promote judicial economy in this matter, in that the Defendants will be able to present all
10 substantive issues in this matter to the Court in one motion for summary judgment, thus
11 allowing the Court to come to a comprehensive summary judgment decision in one order.

12 Additionally, should Plaintiff seek to reopen discovery as to all Defendants, or if the
13 Court is inclined to do so *sua sponte* in light of this request, Defendants would not oppose
14 such.

15 Accordingly, for the foregoing reasons, Defendants request this Court extend the
16 dispositive motions deadline currently set in this matter for May 6, 2020 for 90 days until
17 **August 4, 2020**.

18 DATED this 5th day of May, 2020.

19                                         AARON D. FORD
                                           Attorney General
20

21                                         By:   /s/ Rost C. Olsen
                                                 ROST C. OLSEN, Bar No. 14410
22                                               Deputy Attorney General

23                                         *Attorneys for Defendants*

24
      IT IS SO ORDERED.
25
      Dated: May 6, 2020.
26
      _____
27
      UNITED STATES MAGISTRATE JUDGE
28

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 5th day of May, 2020, I caused a copy of the foregoing, **MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE (First Request)**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

JaQuan Barnes, #1175886
Care of ESP Law Librarian
P.O. Box 1989
Ely, NV 89301
ESP_LawLibrary@doc.nv.gov

　　　　　　　　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　An employee of the
　　　　　　　　　　　　　　　　　　Office of the Attorney General

3